**UNITED STATES DISTRICT COURT**
**District of Connecticut**



*144759*

**RETURN OF SERVICE**

Index no : **3:12-CV-01361-JCH**

**Kim Hannah, et al**

            Plaintiff(s),

vs.

**Wal-Mart Stores, Inc., et al**

            Defendant(s).

_____/

STATE OF CONNECTICUT

         **ss: East Hartford**

HARTFORD COUNTY

On **10/16/2012** at **10:07 AM**, I served the within **Summons In A Civil Action and Amended Complaint (Jury Trial Demanded)** on **Wal-Mart Stores East, L.P., Wal-Mart (hereinafter known as Recipient)** at **c/o President, CEO, c/o CT Corporation, Agent For Service,One Corproate Center, 14th Floor,Hartford, CT 06103** in the manner indicated below:

By delivering to and leaving personally with **Gary Scappini**, **Manager** authorized to accept service.

Comments: **CT Corporation accepted of behalf of Wal-Mart Stores, Inc. in which they are Agent for Service**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| **Male** | **White** | **Black/Gray** | **46** | **Over 6'** | **195** |
| Other Features: | | | | | |

I declare under penalty of perjury that the forgoing is true and correct.

| | X _____ |
|---|---|
| Service of Process - Rush    $60.00 | Christine Foran |
| Email/Copy Charges (26-50 pgs)  $3.00 | Connecticut Process Serving, LLC |
| | 67 Burnside Ave |
| **TOTAL:**            **$63.00** | East Hartford,CT 06108 |
| | 888.528.2920 |
| | Atty File#: |