UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIM HANNAH, TOM IRVING, MICHAEL BARHAM, | : : : |
| Plaintiffs, | : Civil Action No.: 3:12-cv-01361 (VAB) |
| v. | : : |
| WAL-MART STORES, INC., and WAL-MART STORES EAST, L.P., | : : March 3, 2016 |
| Defendants. | : : |

## DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to D. Conn. L. Civ. R. 7(c), Defendants Wal-Mart Stores East, L.P. and Wal-Mart Stores, Inc. (collectively "Wal-Mart" or "Defendants") move for reconsideration of the Court's February 11, 2016 ruling ("Ruling") granting in part and denying in part denying Wal-Mart's motion for summary judgment (Document no. 255).

Although the Ruling is thorough, the Court unfortunately overlooked critical, undisputed facts and misapplied controlling authority to those portions of the Ruling denying summary judgment. In support of this Motion, Defendant has filed an accompanying Memorandum of Law.

WHEREFORE, Walmart respectfully requests that the Court grant its Motion for Reconsideration, vacate those portions of the Ruling denying summary judgment, and enter summary judgment dismissing all of Plaintiffs' claims. Summary Judgment and dismiss the complaint filed by Calvin Hayden in its entirety with prejudice.

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

The Defendants,
WALMART STORES EAST, L.P. and
WAL-MART STORES, INC.

By: /s/ Craig T. Dickinson
Craig Thomas Dickinson (CT18053)
Alison Day (*pro hac vice*)
Littler Mendelson, P.C
265 Church Street - Suite 300
New Haven, CT 06510
Telephone: 203-974-8700
cdickinson@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, a copy of the foregoing was filed electronically and served by mail on anyone known to be unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Craig T. Dickinson
Craig T. Dickinson