UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIM HANNAH, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:12-cv-01361 (VAB) |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC. and | : | MARCH 6, 2017 |
| WAL-MART STORES EAST, L.P., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On February 8, 2017, the Court issued a Scheduling Order [ECF No. 369] setting jury selection and jury trial dates for the two remaining Plaintiffs in this case, Michael Barham and Kim Hannah. In its Order, the Court indicated that it would issue an updated Scheduling Order with respect to Ms. Hannah. Accordingly, the Court hereby adopts the following trial schedule with respect to Ms. Hannah's claims:

Jury selection for the jury trial as to Ms. Hannah's claims is set for Monday, March 20, 2017 at 9:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. The jury trial as to Ms. Hannah's claims will take place on Monday, April 3, 2017 at 9:00 AM through Wednesday, April 12, 2017.

The final pre-trial conference in Ms. Hannah's case is set for Friday, March 17, 2017 at 3:00 PM. The parties must exchange proposed exhibits in advance of the final pre-trial conference, by Wednesday, March 15, 2017. At the final pre-trial conference, the parties must provide the Court with complete exhibit lists, including all stipulations and objections, as well as electronic and physical copies of all exhibits. Paper exhibits must be submitted to the Court in duplicate binders, properly marked and tabbed, and electronic exhibits must be submitted in compliance with the Court's instructions.

2

SO ORDERED this 6th day of March, 2017 in Bridgeport, Connecticut.

    /s/ Victor A. Bolden
    VICTOR A. BOLDEN
    UNITED STATES DISTRICT JUDGE