UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL BARHAM,
    Plaintiff,

v.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, L.P.,
    Defendants.

CIVIL ACTION NO.
3:12-cv-01361 (VAB)

March 8, 17

**VERDICT FORM**

**PART ONE: LIABILITY**

**Count One – Discriminatory Termination in Violation of Title VII**

    Did Plaintiff prove by a preponderance of the evidence that Defendants were motivated, at least in part, by Plaintiff's race when Defendants terminated Plaintiff's employment in April 2010?

    ANSWER:   Yes   or   (No)   (circle one)

**Count Two – Discriminatory Failure to Rehire in Violation of Title VII**

    Did Plaintiff prove by a preponderance of the evidence that Defendants were motivated, at least in part, by Plaintiff's race when Defendants failed to rehire Plaintiff?

    ANSWER:   Yes   or   (No)   (circle one)

**Count Three – Retaliation in Violation of Title VII**

    Did Plaintiff prove by a preponderance of the evidence that, if Plaintiff had not complained of discrimination, then Defendants would have rehired Plaintiff?

    ANSWER:   (Yes)   or   No   (circle one)

*If you answered "No" to all questions above, then your deliberations are complete and you may skip to the last page of this document and have the jury foreperson sign and date the verdict form.*

*If you answered "Yes" to any question, then you must complete Part Two.*



EXHIBIT
COURT
4
12cv1361VAB

1

## PART TWO: DAMAGES

*Note: Consideration of "back pay" and "front pay," that is, the amount of wages and benefits that Plaintiff would have received had his employment with Defendants not been terminated, will be done by the Court. You are not to consider "back pay" or "front pay" if you award damages.*

### Non-economic damages

Did Plaintiff prove by a preponderance of the evidence that he suffered non-economic damages as a result of the Defendants' discrimination and/or retaliation?

ANSWER: (Yes)   or   No   (circle one)

*If you answered yes, indicate the total amount of non-economic damages that Plaintiff proved.*

Non-economic damages: $ 550,000

### Punitive damages

Did Plaintiff prove, by a preponderance of the evidence, that Defendants acted with malice or reckless indifference to Mr. Barham's rights under Title VII?

ANSWER: (Yes)   or   No   (circle one)

*If you answered yes, you may, but are not required to, award punitive damages. If you award punitive damages, indicate the total amount.*

Punitive damages: $ 5,000,000

*Sign and date this verdict form.*

/s/  
**Signature of Foreperson**            **Date** 3/8/2017